UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JUANITA GREY,

    Plaintiff,

v.    CASE NO. 8:15-cv-856-T-23AEP

TAMPA POLICE DEPARTMENT,

    Defendant.

_____/

**ORDER**

The magistrate judge's May 11, 2015 report (Doc. 3) recommends denying Juanita Grey's motion (Doc. 2) to proceed *in forma pauperis* and dismissing the complaint (Doc. 1) under 28 U.S.C. § 1915(e)(2)(B).[*] More than seventeen days has passed, and Grey fails to object. The report and recommendation (Doc. 3) is

---

[*] Section 1915(e)(2)(B) states:

> Notwithstanding any filing fee, or any portion thereof, that may have been paid, the court shall dismiss the case at any time if the court determines that —
>
> . . .
>
> (B) the action or appeal —
>
>     (i) is frivolous or malicious;
>
>     (ii) fails to state a claim on which relief may be granted; or
>
>     (iii) seeks monetary relief against a defendant who is immune from such relief.

*See Troville v. Venz*, 303 F.3d 1256, 1260 (11th Cir. 2002) (per curiam) (applying Section 1915(e)(2)(B)(ii) to a non-prisoner); *Atamian v. Burns*, 236 Fed. Appx. 753, 755 (3d Cir. 2007) (per curiam) ("[T]he provisions of § 1915(e) apply to all *in forma pauperis* complaints, not simply those filed by prisoners."); *Calhoun v. Stahl*, 254 F.3d 845 (9th Cir. 2001) (per curiam) ("[T]he provisions of 28 U.S.C. § 1915(e)(2)(B) are not limited to prisoners").

**ADOPTED**.  Grey's motion (Doc. 2) to proceed *in forma pauperis* is **DENIED**, and the complaint (Doc. 1) is **DISMISSED**.  No later than **JUNE 12, 2015**, Grey may amend the complaint to correct the deficiencies identified in the report.

ORDERED in Tampa, Florida, on June 1, 2015.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE